**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

United States District Court
Southern District of Texas
**ENTERED**
September 30, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | CRIMINAL NO: G-19- 20- 4 |
| | § | |
| **JAIRO SALVADOR** | § | |
| **LICONA-CARDENAS,** | § | |
| aka "Gato" | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A <u>CRIMINAL INDICTMENT</u> has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant.  Upon arrest and

appearance, a judicial determination shall be made as to detention or release on conditions.  The

United States Government recommends to the Court the following:

<u>Defendant</u>

JAIRO SALVADOR LICONA-CARDENAS

■ DETENTION
□ RELEASED ON CONDITION
□ APPEARANCE BOND IN THE
   AMOUNT OF: $

SIGNED at Houston, Texas on _Sept 26_ , 2019.

_____
UNITED STATES MAGISTRATE JUDGE