UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 3:19-CR-20 |
| | § | |
| LUIS ERNESTO CARBAJAL-PERAZA, *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

On November 26, 2019, the Court held a status conference in this case. Having considered the circumstances of this case and the argument presented at the status conference, **IT IS ORDERED** that the Court will hold another status conference on **March 31, 2020 at 10:00 a.m.** The Court will address entering a revised Scheduling Order at that time. A period of excludable delay under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(6), (h)(7)(A), (h)(7)(B)(ii), and (h)(7)(B)(iv), shall continue until the trial date set by the Court in the revised Scheduling Order to be issued at a later date.

The Court certified this case as a complex case on November 15, 2019 (Dkt. 46). The Court **FINDS** that the ends of justice served outweigh the best interest of the public and the Defendants in a speedy trial for the reasons as stated on the record and in the order certifying this case as complex (Dkt. 46).

SIGNED at Galveston, Texas, this 26th day of November, 2019.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE