**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **CRIMINAL NO. 3:19-cr-00020** |
| | § | |
| **v.** | § | **(Murder in Aid of Racketeering, 18 U.S.C. § 1959(a)(1); Conspiracy to Commit Murder in Aid of Racketeering, 18 U.S.C. § 1959(a)(5); and Aiding and Abetting, 18 U.S.C. § 2)** |
| | § | |
| **LUIS ERNESTO CARBAJAL-PERAZA, a/k/a "Destino," a/k/a "Chele" and** | § | |
| | § | |
| **CARLOS ALEXI GARCIA-GONGORA, a/k/a "Garcia"** | § | |
| | § | |

**GOVERNMENT'S MOTION TO DISMISS**

COMES NOW, the United States Attorney for the Southern District of Texas, Jennifer B. Lowery, through Assistant United States Attorney John M. Lewis and Britni Cooper, Assistant United States Attorneys, David L. Jaffe, Chief of the Organized Crime and Gang Section of the U.S. Department of Justice, Gerald Collins, Julie Finocchiaro, and Matthew Hoff, Trial Attorneys, and moves the Court to dismiss Counts One and Two of the Indictment in this case against defendants **LUIS ERNESTO CARBAJAL-PERAZA** and **CARLOS ALEXI GARCIA-GONGORA** for the following reasons:

On August 24, 2022, a federal grand jury returned an indictment against defendants **LUIS ERNESTO CARBAJAL-PERAZA** and **CARLOS ALEXI GARCIA-GONGORA** (amongst other defendants) in Criminal Number 3:22-CR-0018. The charges in that indictment consolidate the counts in this case with additional counts.

On June 28, 2022, defendant **JAIRO SALVADOR LICONA-CARDENAS** pled guilty to a Superseding Information that included the acts alleged in Counts One and Two of the Indictment in this case. On September 14, 2022, defendant **CHRISTIAN**

**RENE CHAVEZ-CHAVEZ** pled guilty to Counts One and Two of the Indictment in this case. As such, this Motion and Proposed Order to Dismiss does NOT apply to defendants **JAIRO SALVADOR LICONA-CARDENAS** and **CHRISTIAN RENE CHAVEZ-CHAVEZ**.

WHEREFORE, the United States respectfully requests the Court to grant this Motion and dismiss Counts One and Two of the Indictment in this case against defendants **LUIS ERNESTO CARBAJAL-PERAZA** and **CARLOS ALEXI GARCIA-GONGORA**.

Respectfully submitted,

Jennifer B. Lowery
UNITED STATES ATTORNEY

*/s/John M. Lewis*
John M. Lewis
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2022, a copy of the United States' Motion and Proposed Order to Dismiss was delivered to Alejandro Macias and Gerardo Montalvo, Counsel for defendants **LUIS ERNESTO CARBAJAL-PERAZA** and **CARLOS ALEXI GARCIA-GONGORA**, respectively, via email.

*/s/John M. Lewis*
John M. Lewis
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **CRIMINAL NO. 3:19-cr-00020** |
| | § | |
| **v.** | § | **(Murder in Aid of Racketeering,** |
| | § | **18 U.S.C. § 1959(a)(1); Conspiracy** |
| **LUIS ERNESTO CARBAJAL-PERAZA,** | § | **to Commit Murder in Aid of** |
| **a/k/a “Destino,” a/k/a “Chele” and** | § | **Racketeering, 18 U.S.C. §** |
| | § | **1959(a)(5); and Aiding and** |
| **CARLOS ALEXI GARCIA-GONGORA,** | § | **Abetting, 18 U.S.C. § 2)** |
| **a/k/a “Garcia”** | § | |

**ORDER**

Upon the Motion of the United States and good cause shown, the Court finds that the interest of justice is served by granting this motion.

Therefore, it is ORDERED that the Government’s Motion to Dismiss Counts One and Two of the Indictment in this case against defendants **LUIS ERNESTO CARBAJAL-PERAZA** and **CARLOS ALEXI GARCIA-GONGORA** is granted.

Signed on this __________ day of ________________________________________ 2022.

______________________________________
THE HONORABLE JEFFREY V. BROWN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS